**Evangela A. FORBES, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5030.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2009.

Jules Bernstein, Bernstein & Lipsett, P.C., of Washington, DC, argued for plaintiff-appellant. With him on the brief was

Linda Lipsett. Of counsel on the brief was Edgar James, James & Hoffman, P.C., of Washington, DC. Of counsel was Emilie S. Kraft.

Shalom Brilliant, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

BRYSON, CLEVENGER, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.